DiAeddezzio *v.* Lallo, Appellant.

Argued June 17, 1971. *Lawrence E. Mac-*

*Elree,* with him *Richard Reifsynder,* and *MacElree, Platt & Harvey,* for appellant; *A. Alfred Delduco,* for appellees.

Order affirmed.

SPAULDING, J., absent.